## Kettletas *vs.* North.

JUDGMENT had been rendered for the Defendant on verdict, but the roll had not been filed.

*Burr* for Plaintiff now suggested that he intended to bring a writ of error, and moved for a rule that the Defendant procure the roll to be signed and filed in four days, or that the Plaintiff have leave to do *it*.                    Rule granted.

## Wickham *vs.* Waters.

*Ejectment.* GRAHAM moved for a view, on affidavit that view was necessary. But as he did not state that boundaries were in question, the Court refused to grant the motion.